NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3081

REMEDIOS LABRADOR,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0831080337-I-1.

ON MOTION

Before DYK, Circuit Judge.

ORDER

The Office of Personnel Management moves for a 14-day extension of time, until

March 5, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 24 2009

_____
Date

cc:  Remedios Labrador
     Douglas G. Edelschick, Esq.
s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK